# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF KANSAS
www.ksd.uscourts.gov

TIMOTHY M. O'BRIEN
CLERK OF COURT

INGRID A. CAMPBELL
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS
66101
(913) 735-2200

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KSANSAS  67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 338-5400

Wichita

April 01, 2014

Clerk, U.S. Court of Appeals
 for the Tenth Circuit

## RECORD ON APPEAL

 District Court Case No.:  12-cr-10089-MLB-2

 Circuit Appeal No:  14-3006 10CCA

    The Record on Appeal is being transmitted via e-mail this date.  The following sets out the contents of each volume.

| | |
|---|---|
| Volume 1 | Docket Sheet; Individual Docket Entries (1, 207, 212, 221, 229, 231, 254, 267, 290, 296, 297, 305, 307, 309, 311, 315, 324-326, 328-338, 344, 345, 347-350, 355, 360, 365, 369, 370, 372, 373, 379-382, 393, 395, 396, 407-411, 430, 435, 436, 450-452, 475, 476, 478-480, 483-488, 494, 502, 504, 506, 517, 520-522, 527, 529, 531, 540, 542, 544, 546, 547, 551, 564, 565, 568, 571, 577, 579, 580, 587, 588, 592, 608, 614, 638, 643, 645, 647, 686, 687, 710, 728, 753, 755, 757, 765, 766, 768, 771, 772, 775, 777, 783, 796, 815-819, 821-823, 826, 834, 847, 856, 861, 870, 892, 898, 902 & 914); Clerk's Certificate |
| Volume 2 | Abridged docket sheet; Transcript Docket Entries (572-574, 604-606, 678, 720,-722, 843, 982-1000) |
| Volume 3 | Abridged docket sheet; Restricted Entries (DE 871 Presentence Investigation Report; DE 893 Statement of Reasons) |

Sincerely,

TIMOTHY M. O'BRIEN
CLERK OF COURT

By:  S/ A. Anderson
_____
Deputy Clerk

cc:  Counsel of Record  **(SEE NOTICE OF ELECTRONIC FILING)**